PROB 12B
(PAWP 4/16)

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| Offender: | Walter John Smith Jr | Docket No.2:14CR00287 |
| Sentencing Judge: | Maurice B. Cohill, Jr., Senior United States District Judge | |
| Date of Original Sentence: | June 10, 2015 | |
| Original Offense: | Failure to Register as a Sex Offender | |
| Original Sentence: | 9 months of imprisonment; 120 months of supervised release | |
| Special conditions: | Special Assessment, DNA testing, Reentry Center-Full-Time, Search/Seizure, Mental Health Treatment, Sex Offender Treatment, Polygraph Examination, No Contact with Minors | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: June 10, 2015 |

### PETITITIONING THE COURT

The offender has not complied with the following condition(s) of supervision:

☐ To extend the term of supervision for '      years, for a total term of      years.
☒ To modify the conditions of supervision as follows:

The defendant shall reside at the Residential Community Center for a period not to exceed 90 days or until discharged by the probation office and the RRC director. The defendant shall observe the rules of that facility.

### CAUSE

The Offender is currently placed at the RRC (Renewal Center Inc.) due to his inability to secure an approved residence. He is scheduled to be released on May 23, 2016. At this time the defendant has no viable home address and continued placement at the RRC would allow him more time to secure a residence.

The defendant has signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release, authorizing the imposition of this condition.

SMITH, Walter
Dkt. No. 14-287

                                        I declare under penalty of perjury that
                                        the foregoing is true and correct.

                                        Respectfully submitted,

                              by: _____
                                 Zellefrow, Alexis
                                 United States Probation Officer

Approved By:     _____
                                 Romona Clark
                                 Assistant Deputy Chief U.S. Probation
                                 Officer
              Date:               5/16/2016

---

THE COURT ORDERS:

☐ No action
☒ The extension of supervision as noted above.
☒ The modification of conditions as noted above.
☐ Other

_____
Signature of Judicial Officer

5-16-16
Date

PROB 49
(3/89)

# United States District Court

### Western District of Pennsylvania

### Waiver of Hearing to Modify Conditions
of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

The defendant shall reside at the Residential Community Center for a period not to exceed 90 days or until discharged by the probation office and the RRC director. The defendant shall observe the rules of that facility.

Witness: *Alexis L. Zellefrow*
United States Probation Officer

Signed: *Walter John Smith, Jr.*
Walter John Smith, Jr.
Probationer or Supervised Releasee

5/16/16
Date